October 26, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF A.J.L. AND V.C.L., CHILDREN

NO. 14-16-00834-CV

_____

      This cause, an appeal from the order in favor of appellee, Huggins Andrew Lorance, signed September 20, 2016, and made final by order granting nonsuit on September 27, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Diedre Bock, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.